UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

Garrett Santillo
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Paul Collette, 46 or 47
U.S. Probation Officer
(New Haven, CT)

Case No. 3:14-cv-1455 JAM
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

A. PARTIES

1. Garrett D. Santillo is a citizen of Florida who
   (Plaintiff)                                    (State)
   presently resides at 621 S. 24th Ave. Hollywood 33020.
                        (mailing address)

2. Defendant Paul Collette is a citizen of Connecticut
             (name of first defendant)              (State)
   whose address is not known by me now
   and who is employed as U.S. Probation Officer, U.S. Probation Office
                          (title and place of employment)   157 Church St.
                                                            New Haven, CT

Please serve summons for this case to happen at his office → to him

*He wasn't acting legally under Federal law either,*

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _____ Yes __✓__ No. If your answer is "Yes," briefly explain: *According to the law, nobody, except maybe a Judge has the right to destroy notes on paper that Paul seized from the home in Branford, CT where I lived in 2011.*

~~3.~~ Defendant _____ is a citizen of _____
      (name of second defendant)                                    (State)

whose address is _____

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _____ Yes _____ No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

*U.S. Public Defender Paul Thomas or anyone can be questioned. His office is at Church St. Suite New Haven, CT*

### B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____ 42 U.S.C. § 1983 (applies to state defendants)

   __✓__ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

*This case may be done in CT Federal Court also, since this is a Federal issue about my rights and Federal Laws of U.S. Probation officials pertains also.*

## C. NATURE OF THE CASE

BRIEFLY state the background of your case. Mr. Collette supervised my Fed. supervised release from 2009 - part of 2012. He seized a bunch of threatening written messages from under a chair in my bedroom in that house, in addition, some were notes about important things written in blue gel-pen/blue regular ink and other notes (besides the letters and envelopes).

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: I was likely lied to by Paul Thomas, the Federal Defender I had, who sent me a message that they "were all destroyed by U.S. Probation."

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

He sent a message saying that to an email which I received and read during the summer months of 2014.

**Claim II:** When Paul ~~Collette~~ Thomas first asked Paul Collette where all those papers were at, he (Paul Collette) said "What papers?" according to Paul Thomas telling me

**Supporting Facts:** Paul Collette said that.

Then, weeks later, Mr. Paul Thomas tells me that "Us. Probation" some member of them who Paul is associated with, has destroyed all of those papers seized, as well as notes and other papers that he took from me while I moved into Continuum of Care's Meriden, CT location. (Residence)

**Claim III:** I want to re-write all of the demanding/ threatening letters to get the changes which are reasonable to the recipients clearly.

**Supporting Facts:** Attatched is the seizure sheet signed by Paul Collette and document he typed proving the likelihood F.B.I. Terrorism there or in similar files in Washington, D.C. posess most or all things (papers) which he seized from me in Branford and Meriden, CT. (all between 2011-2012).

4

## E. PREVIOUS LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
　　___Yes __✓__ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

　a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

　b. Name and location of court and docket number_____

　c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

　d. Issues raised: _____
_____

　e. Approximate date of filing lawsuit:_____

　f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them.  (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____
_____
_____
_____
_____

5

## F. REQUEST FOR RELIEF

I request the following relief: 1.) I want Judge Al⁣f Covello questioned U.S. and the F.B.I. Terrorism Unit director in New Haven of 2011 and 2012 questioned as to where all of this got stored. The F.B.I. or anyone, it doesn't make sense that they would destroy/throw out any of ~~that~~ the described documents of mine. Especially records of printed demands/threats which is evidence They HAVE!

## G. JURY DEMAND

Do you wish to have a jury trial? Yes ✓   No ___

(For this case, the more people on my side, the better for my win of this which I deserve.

___none___
Original signature of attorney (if any)

_Garrett D. Santillo_
Plaintiff's Original Signature

_____
Printed Name

_Garrett D. Santillo_
Printed Name

_621 S. 24th Ave._
_Hollywood, FL 33020_

( )
Attorney's full address and telephone

( )
Plaintiff's full address and telephone

_____
Email address if available

_bigworldideas@outlook.com_
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _my home in_ on _9/8/2014_
(location) _Hollywood, FL_   (date)

_Garrett D. Santillo_
Plaintiff's Original Signature

(Rev. 9/22/09)

## Additional Relief Requested-

1. Want sanctions/punishment of the following to whoever ends up being proven a liar(s)-
   1. Paul Collette
   2. Other members of the New Haven, CT US. Probation Dept.
   3. Judge Covello and/or the F.B.I. Terrorism Unit
   4. Anyone else proven to be lying and or breaking destruction laws of evidence; personal property.

Punishment- Loss of Pay (deducted from Paycheck, Pension, Investments, Retired Funds, Personal Property Lein. (Amount at Judge in this cases' discretion)
and/or Community Service (volunteer work) (Total Hours determined by Judge)

and Return of all of these documents, all papers, including ripped returned to my family who has time to rewrite the threats so I can send them out as suggestions to companies and people somewhere and pursue further legally if the companies and people don't follow my suggestions. That's logical reasoning. This Judge or Magistrate deciding this case should be someone else other than 80 year old Covello because he may be hiding this evidence

*noted by proof - Y.S.*

# UNITED STATES PROBATION OFFICE
# DISTRICT OF CONNECTICUT



## Property Receipt

PACTS No.: _____  Date: 3-7-11
Officer Name: PAul Collette, SR USPO  Time: 11:50 AM

| Property Received by the U.S. Probation Office | | |
|---|---|---|
| Item No. | Quantity | Item Description |
|  | 29 | Piecs of correspondence |
|  |  | Letters, notes, Envelopes |
|  |  | Stamps |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I, **Garrett Santillo**, acknowledge the above-named property was given to/seized by the U.S. Probation Office. Im understand the above-noted item(s) may be held until released by the U.S. probation Office or the Court. I further understand that should the above-noted item(s) be determined to be contraband they may not be returned.

X *Garrett Santillo*                                          3-7-11
Defendant/Offender                                             Date

_____ SR USPO                                3-7-11
Receiving Officer or Designee                                  Date

☐ Defendant/Offender refused to sign          ☐ Receipt provided

White (Inventory)          Yellow (File Copy)          Pink (Receipt)

# UNITED STATES DISTRICT COURT
### District of Connecticut
### U. S. Probation Office

**Edward S. Chinn**
Chief United States Probation Officer

157 Church St., 22nd Floor
New Haven, CT 06510
Phone: 203.773.2100
Fax: 203.773.2200

450 Main St., Room 735
Hartford, CT 06103
Phone: 860.240.3661
Fax: 860.240.2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: 203.579.5707
Fax: 203.579.5571

## MEMORANDUM

March 9, 2011

To:     Alfred V. Covello
        U.S. District Judge

From:   Paul Collette (PC)
        Senior U.S. Probation Officer

Subject: SANTILLO, Garrett
         Request to examine written correspondence
         Dkt. No.3:11CR00028 (AVC)

Your Honor, the purpose of this memo is to inform you of several written correspondence that appears to contain various threats to individuals and corporations and possibly a federal judge (U.S. District Judge P. Kevin Castel, SDNY) and to request permission to open several letters which are enclosed in sealed envelopes with stamps with no return address affixed. We additionally requesting permission to refer this information to the Federal Bureau of Investigation Domestic Terrorism Unit for further review of these documents if deemed necessary.

By way of background, Mr. Santillo appeared before New York Southern District, U.S. District Judge P. Kevin Castel. Having plead guilty for the offense of Sending a Threatening Communication, he was sentenced to 12 months' and one day incarceration and three years supervised release. Supervised release began June 27, 2009 and expires July 15, 2012. Since his release, Mr. Santillo has been permanently residing in Connecticut. The offense conduct for the above federal conviction entailed Mr. Santillo emailing threats to the Revlon Corporation in New York to change their products and how they marketed their products to the public or the employees of that company would be murdered if those demands were not met. (Please see attached presentence report).

As part of his supervised release, the Court ordered the following special conditions: The defendant shall submit his/her person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition; The defendant shall be under the continuous supervision of mental health professionals or persons approved by the probation department (including, at the discretion of the probation department, non-mental health professionals; The defendant shall contribute to the costs of services rendered not covered by third-party payment, if the defendant has the ability to pay. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider; The defendant shall report to the probation officer at least three times per week; The defendant will

*[Handwritten annotations in margins:]*
- This paragraph proves the likelihood the FBI Domestic Terrorism Unit has these documents.
- I made those corrections
- original - July 17, 2001 ← July 17, 2012 ←
- case rest of yrs.
- I did all of this and most all more successfully for all of 2013
- * New end date 10-26-2013 Judge Non-relevant by Covello to my Sup. Release, at hearing, * Fact: Result - 2 years was added a while including all of 2013

continue to take any prescribed medication unless otherwise instructed by the health care provider; The defendant shall not have Internet access, and shall not transmit or communicate by e-mail or text messages of any kind during the period of supervised release, but he will be permitted to use the telephone, voice mail or voice communication. **He may communicate in writing by mail, provided, Mr. Santillo identifies his full name and in any written communication his home addresses. He shall refrain from any threats of any kind and he shall refrain from any communication with any of his past victims**; and, The defendant will be supervised by the district of his residence.

On March 7, 2011, during an unannounced home visit at the Santillo residence in North Branford, Connecticut, this officer discovered approximately 29 pieces of written correspondence hidden on the side of Mr. Santillo's personal EZ chair in his bedroom. The letters were discovered when this officer observed one of the letters sticking out from underneath the offender's chair.

*[Handwritten: Just Having mail is not violation.]*

Based on the above, it would appear that Mr. Santillo is in further violation of his conditions of supervised release and an amended Probation Form 12C will be submitted to Your Honor in anticipation of his upcoming revocation hearing.

Should you wish to discuss this matter in greater detail, I am available at your earliest convenience.

If you require any additional information, please feel free to contact me at (203) 773-2528.

*[Handwritten margin note: (corrections/notations) My Lawsuit]*

Approved _____   Date _____
Alfred V. Covello
U.S. District Judge

Denied _____   Date _____
Alfred V. Covello
U.S. District Judge

*[Handwritten:]* I want all papers from Meriden, CT seizures by Paul Collette also. Furthermore, I want to know if the letter mentioned in these typed pages to Judge Castel in NY was sent to him. That letter was one of the non threatening ones. This is the last part of my RELIEF requested in this case.

Thank you,
Garrett Santillo